6UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 26-CV-22965-MOORE/Elfenbein

JASMIN CARLSON,

      Plaintiff,

v.

NCL (BAHAMAS) LTD.,
      Defendant.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

The Plaintiff, JASMIN CARLSON, by and through undersigned counsel, hereby files the instant Certificate of Interested Parties, as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10 percent or more of a party's stock, and all other identifiable legal entities to *any* party in this case:

    a) **Jasmin Carlson**
       **Plaintiff**

    b) **Lipcon, Margulies & Winkleman, P.A.**
       **Counsel for Plaintiff**

    c) **NCL (Bahamas) Ltd.**
       **Defendant and its counsel**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **The Plaintiff knows of no such entity at this time.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors in bankruptcy cases:

    **The Plaintiff knows of no such entity at this time.**

1

4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**The Plaintiff knows of no such entity at this time.**

The Plaintiff hereby certifies that, except as disclosed above, the Plaintiff is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.  The Plaintiff further certifies that she has inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted,

LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiff*
2800 Ponce de Leon Blvd., Ste. 1480
Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By: */s/ Eliana L. Aklepi*
**GEOFFREY E. PROBST**
Florida Bar No. 50549
gprobst@lipcon.com
**ELIANA L. AKLEPI**
Florida Bar No. 1054559
eaklepi@lipcon.com

2